IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SANDRA GOODSITE, | ) | CASE NO. 3:16-cv-02486-JJH |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | MAG. JUDGE JAMES R. KNEPP II |
| v. | ) | |
| | ) | **DEFENDANT'S MOTION TO STRIKE** |
| BOARD OF EDUCATION OF THE | ) | **PLAINTIFF'S "RENEWED MOTION** |
| NORWALK CITY SCHOOL DISTRICT, | ) | **FOR ORAL ARGUMENT" (ECF #65)** |
| | ) | |
| Defendant. | ) | |

Defendant Norwalk City School District Board of Education, by and through counsel, moves this Court to strike Plaintiff's "Renewed Motion for Oral Argument," ECF #65, from the record.

For cause Plaintiff's "Renewed Motion for Oral Argument" is actually a response to Defendant's Reply to Plaintiff's Brief in Opposition to Motion for Summary Judgment, ECF #63, to which no response by Plaintiff is permitted by rule and for which Plaintiff neither sought nor obtained leave of the Court to file.

Respectfully Submitted,

*/s/ David S. Hirt*
David Kane Smith (0016208)
David S. Hirt (0063516)
SMITH PETERS KALAIL CO., L.P.A.
6480 Rockside Woods Blvd. South,
Suite 300
Cleveland, Ohio 44131-2582
(216) 503-5055
(216) 446-6032 (Facsimile)
Email: dsmith@ohioedlaw.com
        dhirt@ohioedlaw.com

*Attorneys for Defendant Norwalk City*
*School District Board of Education*

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing *Defendant's Motion to Strike Plaintiff's "Renewed Motion for Oral Argument"* was filed electronically with the Court. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ David S. Hirt*
David Kane Smith (0016208)
David S. Hirt (0063516)
SMITH PETERS KALAIL CO., L.P.A.
6480 Rockside Woods Blvd. South
Suite 300
Cleveland, Ohio  44131-2582
(216) 503-5055
(216) 446-6032 (Facsimile)
Email: dsmith@ohioedlaw.com
dhirt@ohioedlaw.com

*Attorneys for Defendant Norwalk City*
*School District Board of Education*